UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
Eastern Division

In re                    )
                         )
LELIA E. LOVE,           )   Chapter 11
                         )   Case No. 07-15008-WCH
       Debtor.           )
                         )

## APPLICATION OF DEBTOR AND DEBTOR-IN-POSSESSION TO EMPLOY ALEX M. RODOLAKIS AND GARNICK & SCUDDER, P.C. AS COUNSEL

To the Honorable William C. Hillman, United States Bankruptcy Judge:

Pursuant to 11 U.S.C. § 327(a) and 1107, Fed. R. Bankr. P. 2014 and MLBR 2014-1, Lelia E. Love, the above-captioned debtor and debtor-in-possession ("Debtor"), by and through her Temporary Guardian Allison E. Kennedy ("Guardian"), hereby submits this application for authority to retain Alex M. Rodolakis and the law firm of Garnick & Scudder, P.C. as her counsel. In support of this Application, the Debtor through the Guardian respectfully represents as follows:

1. On August 9, 2007 ("Petition Date"), the Guardian filed a voluntary petition for relief under chapter 11 of Title 11 of the United States Code ("Bankruptcy Code") on behalf of the Debtor. The Debtor's bankruptcy filing was due to a foreclosure sale of her residence scheduled for the Petition Date.

2. On August 8, 2007, the Probate Court entered a Temporary Decree of Guardianship ("Guardianship Order") for the Debtor, who is eighty years old, and appointing the Guardian.[1] As set forth in the Guardianship Order, the Probate Court found the Debtor to be

---

[1] The Guuardianship Order was previously entered on April 24, 2007 for a period through

incapable of taking care of herself by reason of mental illness. On August 8, 2007, the Barnstable County Probate and Family Court ("Probate Court") also entered a Order authorizing the Guardian to commence this case on behalf of the Debtor.

3. The Debtor hereby applies for authority to employ Alex M. Rodolakis and the law firm of Garnick & Scudder, P.C. ("Counsel") as her attorneys under a general retainer for services to be rendered regarding the following:

    a. To assist, advise and represent the Debtor in the administration of this case;

    b. To assist, advise and represent the Debtor in any investigation of the acts, conduct, assets, liabilities and financial condition of the debtor;

    c. To assist, advise and represent the Debtor with respect to the prosecution or defense of any action brought by or against the estate;

    d. To assist, advise and represent the Debtor with respect to the allowance or disallowance of any claims filed against the Debtor's estate;

    e. To assist, advise and represent the Debtor with respect to the preparation of opposing collection and liquidation of the Debtor's assets and any other matters relevant to this proceeding; and

    f. To assist, advise and represent the Debtor in connection with any other matters that may be necessary and appropriate in the administration of this case.

4. To the best of the Debtor's knowledge, information and belief, based on the affidavit of Alex M. Rodolakis, filed herewith, none of the members of Garnick & Scudder, P.C. have any connection with the Debtor, her creditors or any other party-in-interest, and represent no interest adverse to the Debtor's estate in the matters for which it is to be retained, other than as may be set forth in the affidavit of Alex M. Rodolakis.

WHEREFORE, the Debtor respectfully requests that this Court enter an Order:

---

July 23, 2007 and thereafter extended, *nunc pro tunc* on August 8, 2007. The Guardian is the daughter of the Debtor.

(i)   Authorizing the Debtor to employ and retain Alex M. Rodolakis and the law firm of Garnick & Scudder, P.C. as her counsel, to perform the legal services recited herein; and

(ii)  Granting such other and further relief as this Court deems just and proper.

LELIA E. LOVE, BY HER TEMPORARY
GUARDIAN ALLISON E. KENNEDY

Dated: August 17, 2007

_____
Lelia E. Love, By Her Temporary Guardian
Allison E. Kennedy

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
Eastern Division

|  |  |
|---|---|
| In re ) | |
| ) | |
| LELIA E. LOVE, ) | Chapter 11 |
| ) | Case No. 07-15008-WCH |
| Debtor. ) | |

### SWORN STATEMENT OF PROFESSIONAL PERSON

I, Alex M. Rodolakis, do hereby state as follows:

1. I am an attorney licensed to practice law in the Commonwealth of Massachusetts and in the United States District Court for the District of Massachusetts, and am of counsel to the firm of Garnick & Scudder, P.C. ("G&S") with a place of business at 32 Main Street, Hyannis, Massachusetts.

2. I hereby represent that neither I nor any member of G&S holds or represents any interest adverse to the estate of the above-named debtor ("Debtor").

3. Neither I nor G&S have any connections with the Debtor, creditors, or any other party in interest, their respective attorneys and accountants, except as follows:

   a. None. Provided, however, that the Temporary Guardian ("Guardian") Allison E. Kennedy of the Debtor is still in the process of reviewing the Debtor's financial affairs and it is possible that G&S may currently or in the past represented a creditor of the Debtor but, to the best of my knowledge and belief, not with respect to the Debtor.

4. I hereby represent that I and each member of G&S is a "disinterested person" as that term is defined in 11 U.S.C. § 101 (14).

5.     I hereby represent that I have agreed not to share with any person the compensation to be paid for the services rendered in this case, except with stockholders of G&S.

6.     Prior to the filing of this case, I received a payment from the Guardian of $1,039.00 for the filing fee from the Debtor's bank account; further the Debtor's children including the Guardian have agreed to provide a further retainer from their own funds of $5,000.

7.     My current hourly rate for bankruptcy matters is $215.

8.     I shall amend this statement immediately upon my learning that (A) any of the within representations are incorrect or (B) there is any change of circumstances relating thereto.

9.     I have reviewed the provisions of Massachusetts Local Rule of Bankruptcy Procedure 2016-1.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  August 22, 2007

/s/Alex M. Rodolakis
Alex M. Rodolakis (BBO 159580)
GARNICK & SCUDDER, P.C.
32 Main Street
Hyannis, MA  02601
(508) 771-2320
Fax: (508) 771-3304
arodolakis@garnickandscudder.com